

# Exhibit A

Bramble Historical Epic Companies LLC
1080 Eldridge Parkway
Houston, Texas
77077
UNITED STATES

05/14/2019

Dear Sirs,

Subject: BRAMBLE- at Montreal - Disbursement Account

| | |
|---|---|
| Vessel | BRAMBLE |
| Port / | Montreal / Port of Montreal |
| Arrived | 03/30/2019 |
| Sailed | 04/02/2019 |
| Purpose | Owners Matters |
| Details | Owners Matters |

We herewith enclose our Disbursement Account with Supporting Vouchers for the aforementioned vessel's call at Montreal

We are glad to have been of assistance and hope the service met your requirements

Should you have any questions on this Voyage Disbursement Account, please email the Operations Department of the local office and to monitor and ensure timely responses, copy Vessel.AR-Collection@iss-shipping.com and GSCC.GlobalCreditControl@iss-shipping.com

Yours faithfully,

Inchcape Shipping Services Inc
As Agents only

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed and are certified to be accurate and correct, based on the best of available information and details. This invoice has been reviewed and checked by DA team and requires no further signature.

E.&O.E.

---



# Voyage Disbursement Account

TO : **Bramble Historical Epic Companies LLC**

VESSEL : **BRAMBLE**

VOYAGE:

ADDRESS : 1080 Eldridge Parkway
Houston, Texas
77077
UNITED STATES
Tel: 8505327708

| | |
|---|---|
| INVOICE NO: | **APDA 52525** |
| INVOICE DATE: | **05/14/2019** |
| CUSTOMER A/C: | **BHI005** |
| APPOINTMENT: | **CAMTR11897A** |
| PORT OF CALL: | **Montreal** |
| ARRIVAL DATE: | **03/30/2019** |
| SAIL DATE: | **04/02/2019** |

DISBURSEMENTS SUMMARY:                                                                 ORIGINAL

**TOTAL DISBURSEMENTS**

| TYPE | DESCRIPTION | AMOUNT CAD |
|---|---|---|
| 1000 | Port Charges | 20,539.78 |
| 2000 | Vessel Expenses | 1,461.00 |
| 4000 | Agency Charges | 1,200.00 |
| | | **23,200.78** |

**TOTAL RECEIPTS**

| TYPE | DESCRIPTION | AMOUNT CAD |
|---|---|---|
| 9000 | Receipts | -23,521.74 |
| | | **-23,521.74** |

Please quote     **APDA 52525**     on all correspondence

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed and are certified to be accurate and correct, based on the best of available information and details. This invoice has been reviewed and checked by DA team and requires no further signature.

E.&O.E.

# Voyage Disbursement Account

TO : **Bramble Historical Epic Companies LLC**
VESSEL : **BRAMBLE**
VOYAGE :
ADDRESS : 1080 Eldridge Parkway
Houston, Texas
77077
UNITED STATES
Tel: 8505327708

| | |
|---|---|
| INVOICE NO: | **APDA** 52525 |
| INVOICE DATE: | 05/14/2019 |
| CUSTOMER A/C: | BHI005 |
| APPOINTMENT: | CAMTR11897A |
| PORT OF CALL: | **Montreal** |
| ARRIVAL DATE: | 03/30/2019 |
| SAIL DATE: | 04/02/2019 |

DISBURSEMENTS SUMMARY:                                                                 ORIGINAL

| BALANCE DUE IN YOUR FAVOUR | -320.96 |
|---|---|

Please quote   **APDA** 52525   on all correspondence

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed and are certified to be accurate and correct, based on the best of available information and details. This invoice has been reviewed and checked by DA team and requires no further signature.

E.&O.E.



**VESSEL:** <u>**BRAMBLE**</u>                                    APPOINTMENT: **CAMTR11897A**

| TYPE  DESCRIPTION | VOUCH. | DATE | OUR REF. | AMOUNT CAD | SUBTOTAL |
|---|---|---|---|---|---|
| **Port Charges** | | | | | |
| **1010** | | | | | |
| Government Services | 1 | 04/12/2019 | APPI.57608 | 3,100.00 | |
| Government Services | 2 | 04/18/2019 | APPI.57682 | 3,100.00 | |
| | | | | | 6,200.00 |
| **1022** | | | | | |
| Pilotage - out | 3 | 04/18/2019 | APPI.57651 | 7,098.54 | |
| Pilotage - out | 4 | 04/18/2019 | APPI.57652 | 2,272.36 | |
| Pilotage - out | 5 | 04/18/2019 | APPI.57653 | 2,440.33 | |
| | | | | | 11,811.23 |
| **1041** | | | | | |
| Lines - mooring | 6 | 04/04/2019 | APPI.57525 | 1,085.00 | |
| | | | | | 1,085.00 |
| **1042** | | | | | |
| Lines - unmooring | 7 | 04/04/2019 | APPI.57525 | 1,085.00 | |
| | | | | | 1,085.00 |
| **1051** | | | | | |
| Anchorage | 8 | 04/05/2019 | APPI.57539 | 46.60 | |
| | | | | | 46.60 |
| **1052** | | | | | |
| Berth Hire | 9 | 04/24/2019 | APPI.57761 | 221.70 | |
| | | | | | 221.70 |
| **1060** | | | | | |
| Harbor fees/Port dues | 10 | 04/24/2019 | APPI.57761 | 90.25 | |
| | | | | | 90.25 |
| **TOTAL   Port Charges** | | | | 20,539.78 | |
| **Vessel Expenses** | | | | | |
| **2040** | | | | | |
| Fresh water | 11 | 04/12/2019 | APPI.57545 | 741.00 | |
| | | | | | 741.00 |

Inchcape Shipping Services Inc, 620 Bord du Lac, Suite 304, Dorval, Quebec H9S 2B6, Canada

http://www.ISS-Shipping.com



VESSEL: **BRAMBLE**                    APPOINTMENT: **CAMTR11897A**

| TYPE  DESCRIPTION | | VOUCH.DATE  OUR REF. | AMOUNT CAD | SUBTOTAL |
|---|---|---|---|---|
| 2205 | | | | |
| Sewage removal (CHT) | 12 | 04/04/2019 APPI.57526 | 720.00 | |
| | | | | 720.00 |
| | TOTAL  Vessel Expenses | | 1,461.00 | |
| **AgencyCharges** | | | | |
| 4010 | | | | |
| Agency fee | 13 | 04/25/2019 APAF.50861 | 1,200.00 | |
| | | | | 1,200.00 |
| | TOTAL  Agency Charges | | 1,200.00 | |
| **TOTAL DISBURSEMENTS** | | | 23,200.78 | 23,200.78 |
| **Receipts** | | | | |
| 9001 | | | | |
| Receipt for disbursements | 14 | 04/04/2019 AACR.17534 | -23,521.74 | |
| | | | | -23,521.74 |
| | TOTAL  Receipts | | -23,521.74 | |
| **TOTAL RECEIPTS** | | | -23,521.74 | -23,521.74 |
| **BALANCE DUE IN YOUR FAVOUR** | | | -320.96 | |



Bramble Historical Epic Companies LLC
1080 Eldridge Parkway
Houston, Texas
77077
UNITED STATES

05/14/2019

Dear Sirs,
Subject:   BRAMBLE-   at Montreal  - Disbursement   Account

| | |
|---|---|
| Vessel | BRAMBLE |
| Port / | Montreal / Port of Montreal |
| Arrived | 03/30/2019 |
| Sailed | 04/02/2019 |
| Purpose | Owners Matters |
| Details | Owners Matters |

We herewith enclose our Disbursement Account with Supporting Vouchers for the aforementioned vessel's call at Montreal

We are glad to have been of assistance  and hope the service met your requirements

Should you have any questions  on this  Voyage  Disbursement  Account,   please email the Operations Department of the local office and to monitor and ensure timely  responses,  copy  Vessel.AR-Collection@iss-shipping.com and GSCC.GlobalCreditControl@iss-shipping.com   We appreciate your business.

Yours faithfully,

Inchcape Shipping Services Inc
As Agents only

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed and are certified to be accurate and correct, based on the best of available information and details. This invoice has been reviewed and checked by DA team and requires no further signature.

E.&O.E.



# Voyage Disbursement Account

TO :        **Bramble Historical Epic Companies LLC**

VESSEL :    **BRAMBLE**

VOYAGE:

ADDRESS :  1080 Eldridge Parkway
            Houston, Texas
            77077
            UNITED STATES
            Tel: 8505327708

| | |
|---|---|
| INVOICE NO: | **APDA 52526** |
| INVOICE DATE: | 05/14/2019 |
| CUSTOMER A/C: | BHI005 |
| APPOINTMENT: | CAMTR11897B |
| PORT OF CALL: | Montreal |
| ARRIVAL DATE: | 03/30/2019 |
| SAIL DATE: | 04/02/2019 |

**DISBURSEMENTS SUMMARY:**                                  ORIGINAL

**TOTAL DISBURSEMENTS**

| TYPE | DESCRIPTION | AMOUNT USD |
|---|---|---|
| 2000 | Vessel Expenses | 19,373.65 |
| | | 19,373.65 |

| BALANCE DUE IN OUR FAVOUR | 19,373.65 |
|---|---|

Please quote   **APDA 52526**   on all correspondence

Kindly arrange remittance in favour of   **Inchcape Shipping Services**

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed and are certified to be accurate and correct, based on the best of available information and details. This invoice has been reviewed and checked by DA team and requires no further signature.

E.&O.E.



VESSEL:  **BRAMBLE**                         APPOINTMENT:**CAMTR11897B**

| TYPE  DESCRIPTION | VOUCH.DATE  OURREF. | AMOUNT USD | SUBTOTAL |
|---|---|---|---|
| **Vessel Expenses** | | | |
| **2990** | | | |
| Other vessel/crew expenses    1 | 04/03/2019 APPI.58051 | 19,373.65 | |
| | | | 19,373.65 |
| TOTAL   Vessel Expenses | | 19,373.65 | |

| **TOTAL DISBURSEMENTS** | 19,373.65 | 19,373.65 |
|---|---|---|

| **BALANCE DUE IN OUR FAVOUR** | 19,373.65 |
|---|---|



Bramble Historical Epic Companies LLC
1080 Eldridge Parkway
Houston, Texas
77077
UNITED STATES

05/14/2019

Dear Sirs,
Subject:   BRAMBLE-  at Port Huron  - Disbursement   Account

| | |
|---|---|
| Vessel | BRAMBLE |
| Port / | Port Huron / seaway terminal |
| Arrived | 03/25/2019 |
| Sailed | 04/04/2019 |
| Purpose | Owners Matters |
| Details | Owners Matters |

We herewith enclose our Disbursement Account with Supporting Vouchers for the aforementioned vessel's call at
Port Huron

We are glad to have been of assistance  and hope the service met your requirements

Should you have any questions  on this  Voyage  Disbursement  Account,  please email the Operations
Department of the local office and to monitor and ensure timely  responses,  copy  Vessel.AR-Collection@iss-
shipping.com and GSCC.GlobalCreditControl@iss-shipping.com

Yours faithfully,

Inchcape Shipping Services Inc
As Agents only

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed
and are certified to be accurate and correct, based on the best of available information and details. This invoice
has been reviewed and checked by DA team and requires no further signature.

E.&O.E.



# Voyage Disbursement Account

TO :          **Bramble Historical Epic Companies LLC**
VESSEL :   **BRAMBLE**
VOYAGE:
ADDRESS : 1080 Eldridge Parkway
              Houston, Texas
              77077
              UNITED STATES
              Tel: 8505327708

| | |
|---|---|
| INVOICE NO: | **APDA  52527** |
| INVOICE DATE: | **05/14/2019** |
| CUSTOMER A/C: | **BHI005** |
| APPOINTMENT: | **USPHN10002A** |
| PORT OF CALL: | **Port Huron** |
| ARRIVAL DATE: | **03/25/2019** |
| SAIL DATE: | **04/04/2019** |

**DISBURSEMENTS SUMMARY:**                                                     ORIGINAL

**TOTAL DISBURSEMENTS**

| TYPE | DESCRIPTION | AMOUNT CAD |
|---|---|---|
| 1000 | Port Charges | 34,405.42 |
| 4000 | Agency Charges | 1,350.00 |
| | | **35,755.42** |

**TOTAL RECEIPTS**

| TYPE | DESCRIPTION | AMOUNT CAD |
|---|---|---|
| 9000 | Receipts | -56,335.98 |
| | | **-56,335.98** |

| BALANCE DUE IN YOUR FAVOUR | -20,580.56 |
|---|---|

Please quote      **APDA  52527**      on all correspondence

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed and are certified to be accurate and correct, based on the best of available information and details. This invoice has been reviewed and checked by DA team and requires no further signature.

E.&O.E.



VESSEL:  **BRAMBLE**                          APPOINTMENT:**USPHN10002A**

| TYPE  DESCRIPTION | VOUCH.DATE | OUR REF. | AMOUNT CAD | SUBTOTAL |
|---|---|---|---|---|
| **Port Charges** | | | | |
| **1022** | | | | |
| Pilotage - out | 1 | 04/08/2019 APPI.57522 | 7,118.61 | |
| Pilotage - out | 2 | 04/11/2019 APPI.57529 | 20,765.40 | |
| | | | | 27,884.01 |
| **1041** | | | | |
| Lines - mooring | 3 | 04/02/2019 APPI.57520 | 1,200.00 | |
| | | | | 1,200.00 |
| **1042** | | | | |
| Lines - unmooring | 4 | 04/02/2019 APPI.57520 | 1,200.00 | |
| | | | | 1,200.00 |
| **1046** | | | | |
| Seaway Charges (Canada) | 5 | 04/09/2019 APPI.57524 | 750.00 | |
| Seaway tolls on Vessel | 6 | 04/09/2019 APPI.57523 | 228.56 | |
| Seaway tolls on Vessel | 7 | 04/09/2019 APPI.57523 | 142.85 | |
| | | | | 1,121.41 |
| **1070** | | | | |
| Launch service | 8 | 04/05/2019 APPI.57521 | 1,500.00 | |
| Launch service | 9 | 04/05/2019 APPI.57521 | 1,500.00 | |
| | | | | 3,000.00 |
| **TOTAL   Port Charges** | | | **34,405.42** | |
| **Agency Charges** | | | | |
| **4010** | | | | |
| Agency fee | 10 | 04/10/2019 APAF.50842 | 1,200.00 | |
| | | | | 1,200.00 |
| **4990** | | | | |
| Seaway Bond | 11 | 04/10/2019 APEF.51130 | 150.00 | |
| | | | | 150.00 |
| **TOTAL   Agency Charges** | | | **1,350.00** | |



VESSEL: **BRAMBLE**                                              APPOINTMENT: **USPHN10002A**

| TYPE DESCRIPTION | VOUCH. DATE OUR REF. | AMOUNT CAD | SUBTOTAL |
|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | 35,755.42 | 35,755.42 |

**Receipts**
9001

| Receipt for disbursements | 12 | 04/04/2019 AACR.17534 | -56,335.98 | |
|---|---|---|---|---|
| | | | | -56,335.98 |
| | TOTAL   Receipts | | -56,335.98 | |

| **TOTAL RECEIPTS** | -56,335.98 | -56,335.98 |
|---|---|---|

| **BALANCE DUE IN YOUR FAVOUR** | -20,580.56 |
|---|---|



Bramble Historical Epic Companies LLC
1080 Eldridge Parkway
Houston, Texas
77077
UNITED STATES

05/14/2019

Dear Sirs,
Subject:    BRAMBLE-  at Port Huron  - Disbursement   Account

| | |
|---|---|
| Vessel | BRAMBLE |
| Port / | Port Huron / seaway terminal |
| Arrived | 03/25/2019 |
| Sailed | 04/04/2019 |
| Purpose | Owners Matters |
| Details | Owners Matters |

We herewith enclose our Disbursement Account with Supporting Vouchers for the aforementioned vessel's call at
Port Huron

We are glad to have been of assistance  and hope the service met your requirements

Should you have any questions  on this  Voyage  Disbursement  Account,  please email the Operations
Department of the local office and to monitor and ensure timely  responses,  copy  Vessel.AR-Collection@iss-
shipping.com and GSCC.GlobalCreditControl@iss-shipping.com   We appreciate your business.

Yours faithfully,

Inchcape Shipping Services Inc
As Agents only

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed
and are certified to be accurate and correct, based on the best of available information and details. This invoice
has been reviewed and checked by DA team and requires no further signature.

E.&O.E.

pgilligan



# Voyage Disbursement Account

TO :        **Bramble Historical Epic Companies LLC**
VESSEL :    **BRAMBLE**
VOYAGE:
ADDRESS :   1080 Eldridge Parkway
            Houston, Texas
            77077
            UNITED STATES
            Tel: 8505327708

| | |
|---|---|
| INVOICE NO: | **APDA 52528** |
| INVOICE DATE: | 05/14/2019 |
| CUSTOMER A/C: | **BHI005** |
| APPOINTMENT: | **USPHN10002B** |
| PORT OF CALL: | **Port Huron** |
| ARRIVAL DATE: | **03/25/2019** |
| SAIL DATE: | **04/04/2019** |

## DISBURSEMENTS SUMMARY:                                      ORIGINAL

### TOTAL DISBURSEMENTS

| TYPE | DESCRIPTION | AMOUNT USD |
|---|---|---|
| 1000 | Port Charges | 184,231.31 |
| 2000 | Vessel Expenses | 850.00 |
| | | **185,081.31** |

### TOTAL RECEIPTS

| TYPE | DESCRIPTION | AMOUNT USD |
|---|---|---|
| 9000 | Receipts | -13,624.98 |
| | | **-13,624.98** |

| **BALANCE DUE IN OUR FAVOUR** | **171,456.33** |
|---|---|

Please quote   **APDA 52528**   on all correspondence

Kindly arrange remittance in favour of    **Inchcape Shipping Services**

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed and are certified to be accurate and correct, based on the best of available information and details. This invoice has been reviewed and checked by DA team and requires no further signature.

E.&O.E.

Inchcape Shipping Services Inc, 620 Bord du Lac, Suite 304, Dorval, Quebec H9S 2B6, Canada

http://www.ISS-Shipping.com



**VESSEL:** **BRAMBLE**                    APPOINTMENT:**USPHN10002B**

| TYPE  DESCRIPTION | | VOUCH.DATE  OURREF. | AMOUNT USD | SUBTOTAL |
|---|---|---|---|---|
| **Port Charges** | | | | |
| **1020** | | | | |
| Pilotage | 1 | 02/25/2019 APPI.57078 | 3,024.30 | |
| Pilotage | 2 | 03/19/2019 APPI.57257 | 3,326.73 | |
| Pilotage | 3 | 03/21/2019 APPI.57342 | 3,175.52 | |
| Pilotage | 4 | 03/22/2019 APPI.57343 | 3,024.30 | |
| | | | | 12,550.85 |
| **1022** | | | | |
| Pilotage - out | 5 | 04/02/2019 APPI.57517 | 7,690.80 | |
| Pilotage - out | 6 | 04/02/2019 APPI.57518 | 31,748.86 | |
| Pilotage - out | 7 | 04/02/2019 APPI.57519 | 31,748.86 | |
| Pilotage - out | 8 | 04/03/2019 APPI.57530 | 50,245.97 | |
| Pilotage - out | 9 | 04/03/2019 APPI.57531 | 50,245.97 | |
| | | | | 171,680.46 |
| **TOTAL   Port Charges** | | | 184,231.31 | |
| **Vessel Expenses** | | | | |
| **2990** | | | | |
| Other vessel/crew expenses | 10 | 04/16/2019 APPI.57705 | 850.00 | |
| | | | | 850.00 |
| **TOTAL   Vessel Expenses** | | | 850.00 | |
| **TOTAL DISBURSEMENTS** | | | 185,081.31 | 185,081.31 |
| **Receipts** | | | | |
| **9001** | | | | |
| Receipt for disbursements | 11 | 04/03/2019 AACR.17392 | -13,624.98 | |
| | | | | -13,624.98 |
| **TOTAL   Receipts** | | | -13,624.98 | |
| **TOTAL RECEIPTS** | | | -13,624.98 | -13,624.98 |



VESSEL: **BRAMBLE**                    APPOINTMENT: **USPHN10002B**

| TYPE  DESCRIPTION | VOUCH.DATE  OUR REF. | AMOUNT USD | SUBTOTAL |
|---|---|---|---|
| **BALANCE DUE IN OUR FAVOUR** | | 171,456.33 | |

Inchcape Shipping Services Inc, 620 Bord du Lac, Suite 304, Dorval, Quebec H9S 2B6, Canada

http://www.ISS-Shipping.com



Bramble Historical Epic Companies LLC
1080 Eldridge Parkway
Houston, Texas
77077
UNITED STATES

05/23/2019

Dear Sirs,
Subject:   BRAMBLE-   at Port Huron  - Disbursement   Account

| | |
|---|---|
| Vessel | BRAMBLE |
| Port / | Port Huron / seaway terminal |
| Arrived | 03/25/2019 |
| Sailed | 04/04/2019 |
| Purpose | Owners Matters |
| Details | Owners Matters |

We herewith enclose our Disbursement Account with Supporting Vouchers for the aforementioned vessel's call at Port Huron

We are glad to have been of assistance and hope the service met your requirements

Should you have any questions  on this  Voyage  Disbursement  Account,  please email the Operations Department of the local office and to monitor and ensure timely  responses,  copy  Vessel.AR-Collection@iss-shipping.com and GSCC.GlobalCreditControl@iss-shipping.com   We appreciate your business.

Yours faithfully,

Inchcape Shipping Services Inc
As Agents only

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed and are certified to be accurate and correct, based on the best of available information and details. This invoice has been reviewed and checked by DA team and requires no further signature.

E.&O.E.

pgilligan



# Voyage Disbursement Account

TO :          **Bramble Historical Epic Companies LLC**
VESSEL :   **BRAMBLE**
VOYAGE:
ADDRESS : 1080 Eldridge Parkway
              Houston, Texas
              77077
              UNITED STATES
              Tel: 8505327708

| | |
|---|---|
| INVOICE NO: | **APDA  52576** |
| INVOICE DATE: | **05/23/2019** |
| CUSTOMER A/C: | **BHI005** |
| APPOINTMENT: | **USPHN10002A** |
| PORT OF CALL: | **Port Huron** |
| ARRIVAL DATE: | **03/25/2019** |
| SAIL DATE: | **04/04/2019** |

DISBURSEMENTS SUMMARY:                                          SUPPLEMENTAL
TOTAL DISBURSEMENTS

| TYPE | DESCRIPTION | AMOUNT CAD |
|---|---|---|
| 1000 | Port Charges | 7,297.93 |
| | | 7,297.93 |

| BALANCE DUE IN OUR FAVOUR | 7,297.93 |
|---|---|

Please quote    **APDA 52576**    on all correspondence

Kindly arrange remittance in favour of  **Inchcape  Shipping  Services**

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed and are certified to be accurate and correct, based on the best of available information and details. This invoice has been reviewed and checked by DA team and requires no further signature.

E.&O.E.



VESSEL:   **BRAMBLE**                    APPOINTMENT: **USPHN10002A**

| TYPE  DESCRIPTION | VOUCH.DATE  OUR REF. | AMOUNT CAD | SUBTOTAL |
|---|---|---|---|
| **Port Charges** | | | |
| **1020** | | | |
| Pilotage | 1  05/16/2019 APPI.58231 | 5,009.87 | |
| Pilotage | 2  05/16/2019 APPI.58232 | 2,288.06 | |
| | | | 7,297.93 |
| TOTAL   Port Charges | | 7,297.93 | |

| **TOTAL DISBURSEMENTS** | 7,297.93 | 7,297.93 |
|---|---|---|

| **BALANCE DUE IN OUR FAVOUR** | 7,297.93 |
|---|---|



Bramble Historical Epic Companies LLC
1080 Eldridge Parkway
Houston, Texas
77077
UNITED STATES

07/04/2019

Dear Sirs,
Subject: BRAMBLE- at Montreal - Disbursement Account

| | |
|---|---|
| Vessel | BRAMBLE |
| Port / | Montreal / Port of Montreal |
| Arrived | 03/30/2019 |
| Sailed | 04/02/2019 |
| Purpose | Owners Matters |
| Details | Owners Matters |

We herewith enclose our Disbursement Account with Supporting Vouchers for the aforementioned vessel's call at Montreal

We are glad to have been of assistance and hope the service met your requirements

Should you have any questions on this Voyage Disbursement Account, please email the Operations Department of the local office and to monitor and ensure timely responses, copy Vessel.AR-Collection@iss-shipping.com and GSCC.GlobalCreditControl@iss-shipping.com We appreciate your business.

Yours faithfully,

Inchcape Shipping Services Inc

As Agents only

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed and are certified to be accurate and correct, based on the best of available information and details. This invoice has been reviewed and checked by DA team and requires no further signature.

E.&O.E.

pgilligan



# Voyage Disbursement Account

TO :       **Bramble Historical Epic Companies LLC**

VESSEL :   **BRAMBLE**

VOYAGE:

ADDRESS : 1080 Eldridge Parkway
           Houston, Texas
           77077
           UNITED STATES
           Tel: 8505327708

| | |
|---|---|
| INVOICE NO: | **APDA 52855** |
| INVOICE DATE: | **07/04/2019** |
| CUSTOMER A/C: | **BHI005** |
| APPOINTMENT: | **CAMTR11897B** |
| PORT OF CALL: | **Montreal** |
| ARRIVAL DATE: | **03/30/2019** |
| SAIL DATE: | **04/02/2019** |

**DISBURSEMENTS SUMMARY:**                                                 **SUPPLEMENTAL**

**TOTAL DISBURSEMENTS**

| TYPE | DESCRIPTION | AMOUNT USD |
|---|---|---|
| 1000 | Port Charges | 57.14 |
| | | 57.14 |

| | |
|---|---|
| **BALANCE DUE IN OUR FAVOUR** | 57.14 |

Please quote   **APDA 52855**   on all correspondence

Kindly arrange remittance in favour of   **Inchcape Shipping Services**

Inchcape Shipping Services as agents only, certifies that all charges presented in this invoice have been reviewed and are certified to be accurate and correct, based on the best of available information and details. This invoice has been reviewed and checked by DA team and requires no further signature.

E.&O.E.



VESSEL:   **BRAMBLE**                              APPOINTMENT: **CAMTR11897B**

| TYPE  DESCRIPTION | VOUCH.DATE | OUR REF. | AMOUNT USD | SUBTOTAL |
|---|---|---|---|---|
| **Port Charges** | | | | |
| 1046 | | | | |
| Seaway Charges (Canada) | 1 | 05/06/2019 APPI.58904 | 57.14 | |
| | | | | 57.14 |
| | TOTAL   Port Charges | | 57.14 | |

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | 57.14 | 57.14 |

| | |
|---|---|
| **BALANCE DUE IN OUR FAVOUR** | 57.14 |

Inchcape Shipping Services Inc, 620 Bord du Lac, Suite 304, Dorval, Quebec H9S 2B6, Canada

http://www.ISS-Shipping.com