UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**INCHCAPE SHIPPING SERVICES, INC.,**

**Plaintiff**

v.                                                                                          Case No.: 1:19-cv-00434-TFM-B

**M/Y BRAMBLE, its engines,**                                          FRCP 9(h)
**tackle and appurtenances,** *In Rem*, **and**                In Admiralty
**BRAMBLE HISTORICAL**
**EPIC COMPANIES, LLC,**
*In Personam,*

**Defendants.**

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

Upon careful consideration, the Motion for Appointment of Substitute Custodian and Declaration filed by Plaintiff, Inchcape Shipping Services ("Plaintiff") (Doc. 3), is **GRANTED**.

**ORDERED** that Global Maritime is hereby appointed the custodian of said Vessel to retain the same in its custody for possession and safekeeping for the aforementioned compensation until further Order of the Court; and it is further

**ORDERED** that the United States Marshal for the Southern District of Alabama shall surrender the possession of the M/Y BRAMBLE to the substitute custodian named herein upon executing the warrant in this action and that, upon such surrender, the United States Marshal shall be discharged from his duties and responsibilities for the safekeeping of the Vessel; and it is further

**ORDERED** that Global Maritime Security ("Global Maritime"), in consideration of the United States Marshal's consent to the substitution of custody, shall indemnify, hold harmless, and release the United States Marshal, the United States of America, their agents, servants, employees, and all others for whom they are responsible, from any and all liability and responsibility arising out of the care and custody of the M/Y BRAMBLE, her engines, tackle, appurtenances,

furnishings, etc. from the date of the transfer of possession of said vessel, her engines, tackle, appurtenances, furnishings, etc.; and it is further

**ORDERED** that Global Maritime, as substitute custodian of the M/Y BRAMBLE, shall defend the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, against all claims and actions arising out of said substitute custody and, further, shall indemnify and hold harmless and be responsible to pay and satisfy all claims and judgments that might arise out of said substitute custody and shall be responsible and indemnify and hold harmless the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, for all attorneys' fees, costs, expenses and disbursements incurred in defending against such claims or actions arising out of said substitute custody; and it is further

**ORDERED** that all United States Marshal's costs be paid prior to release of said vessel; and it is further

**ORDERED** that the substitute custodian must acknowledge receipt of the Vessel and the United States Marshal must attest to the date and time of release on a certified copy thereof; and it is further

**ORDERED** that Plaintiff's counsel shall serve the owner of the Vessel with a copy of this order.

Done at Mobile, Alabama, this __ day of _____, 2019

_____
UNITED STATES DISTRICT JUDGE

2