

| | | |
|---|---|---|
| **Checks:** | EPIC Alabama Shipyard, LLC<br>Attn:  AR Dept<br>660 Dunlap Drive<br>Mobile, AL  36602 | **INVOICE**<br>NUMBER<br>**S012012019**<br>DATE<br>**30-Aug-19**<br>PAGE<br>**1 of 1** |

BILL TO:
Clarke Investments
192 Summerfield Court
Suite 203
Roanoke, VA 24019-0000
Attn:  Jennifer Bell

*Wire/ACH Transfers:*
IBERIABANK
200 W Congress Street
Lafayette, LA  70501
ABA No. 265270413 (ACH Transfers)
ABA No. 265270413 (Wire Transfers)
For the Account of: EPIC Alabama Shipyard, LLC
Account No. 20002055694

| AGREEMENT NUMBER | TERMS | DUE DATE | PROJECT NUMBER | PROJECT MANAGER |
|---|---|---|---|---|
| | Upon Receipt | 30-Aug-19 | S012T | Ryan Schnoor |

TO INVOICE T & M CHARGES FOR THE BRAMBLE

| DESCRIPTION | | | | EXTENDED PRICE |
|---|---|---|---|---|
| PURCHASE ORDER NO. | | | | |
| WORK ORDER NO.          WO-001 | | | | |
| Manhours - 4/22/19 thru 7/18/19 = 4,157 @ $55/hour | | | | $228,635.00 |
| 3rd Party Material Invoices (plus 20% Mark-Up) | | | | $47,180.63 |
| Midway Forest Products | $825.00 | $165.00 | $990.00 | |
| Sunbelt Rentals | $4,350.00 | $870.00 | $5,220.00 | |
| IES | $335.00 | $67.00 | $402.00 | |
| Rock Cable | $1,407.20 | $281.44 | $1,688.64 | |
| Ferguson | $1,652.58 | $330.52 | $1,983.10 | |
| A&M Portables | $1,500.00 | $300.00 | $1,800.00 | |
| NVI | $1,000.00 | $200.00 | $1,200.00 | |
| O'Neal Steel | $599.50 | $119.90 | $719.40 | |
| Ferguson | $5,617.24 | $1,123.45 | $6,740.69 | |
| L&L | $433.70 | $86.74 | $520.44 | |
| W&O | $10,974.42 | $2,194.88 | $13,169.30 | |
| Rock Cable | $157.50 | $31.50 | $189.00 | |
| USA Debusk | $2,100.00 | $420.00 | $2,520.00 | |
| Sunbelt Rentals | $3,730.00 | $746.00 | $4,476.00 | |
| W&O | $1,837.14 | $367.43 | $2,204.57 | |
| W&O | $571.10 | $114.22 | $685.32 | |
| GCIS | $326.81 | $65.36 | $392.17 | |
| Crane Inspection Services | $1,900.00 | $380.00 | $2,280.00 | |
| Fuel Storage - August 2019 | | | | $3,000.00 |
| Wet Berth - 4 months @ $6,000/month ( May thru August) | | | | $24,000.00 |
| | | | **TOTAL** | |
| | | | **$302,815.63**<br>Currency: USD | |

EXHIBIT A



| | | |
|---|---|---|
| **Checks:** | EPIC Alabama Shipyard, LLC<br>Attn: AR Dept<br>660 Dunlap Drive<br>Mobile, AL 36602 | **INVOICE**<br>NUMBER<br>**S012022019**<br>DATE<br>**21-Oct-19**<br>PAGE<br>**1 of 1** |

BILL TO:
Clarke Investments
192 Summerfield Court
Suite 203
Roanoke, VA 24019-0000
Attn: Jennifer Bell

*Wire/ACH Transfers:*
IBERIABANK
200 W Congress Street
Lafayette, LA 70501
ABA No. 265270413 (ACH Transfers)
ABA No. 265270413 (Wire Transfers)
For the Account of: EPIC Alabama Shipyard, LLC
Account No. 20002055694

| AGREEMENT NUMBER | TERMS<br>Upon Receipt | DUE DATE<br>21-Oct-19 | PROJECT NUMBER<br>S012T | PROJECT MANAGER<br>Ryan Schnoor |
|---|---|---|---|---|

TO INVOICE T & M CHARGES FOR THE BRAMBLE

| DESCRIPTION | EXTENDED PRICE |
|---|---|
| PURCHASE ORDER NO. | |
| WORK ORDER NO.          WO-001 | |
| Fuel Storage - September, October, November 2019 | $9,000.00 |
| Wet Berth - 3 months @ $6,000/month ( September, October, November) | $18,000.00 |
| **TOTAL** | **$27,000.00**<br>Currency: USD |

**EXHIBIT B**