IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| INCHCAPE SHIPPING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> M/Y BRAMBLE, its engines, tackle, and appurtenances, *In Rem*, and BRAMBLE HISTORICAL EPIC COMPANIES, LLC, *In Personam*, <br><br> Defendants. | CASE NO. 19-434 <br><br> IN ADMIRALTY <br> IN REM |

**WARRANT FOR ARREST *IN REM***

TO THE UNITED STATES MARSHAL
FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

A Verified Complaint in Intervention in the above-styled *in rem* proceeding was filed in the Southern Division of this Court on October 24, 2019 by Alabama Shipyard, LLC.

In accordance with FRCP Supplemental Rule C and S.A. Ala. Civ.LR 104(k), you are directed to arrest the Defendant vessel, her boats, tackle, apparel and furniture, engines and appurtenances located under arrest at Alabama Shipyard, 660 Dunlap Drive, Mobile, Alabama, and to detain the same in custody pending further order of the Court.

**SO ORDERED** at Mobile, Alabama, this 15th day of November, 2019.

Prepared by:
James Rebarchak
Jones Walker LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile, AL  36602
Telephone: (251) 432-1414
Facsimile: (251) 433-4106
jrebarchak@joneswalker.com

CHARLES R. DIARD, JR., Clerk

By: *Tammy Thornton*
       Deputy Clerk

{N3920558.1}